[No. 68253-9-I.   Division One.   March 18, 2013.]

RYAN AND WAGES, LLC, *Appellant*, v. TOM WAGES ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 09-2-11962-5, Ellen J. Fair, J., entered
December 20, 2011. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Leach, C.J., and Grosse, J.

[No. 68274-1-I.   Division One.   March 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRON JEROME
WIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-00035-1, Mary Yu, J., entered January 6,
2012. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 68316-1-I.   Division One.   March 18, 2013.]

PHILIP D. MCKIBBEN, *Individually and on Behalf of LLC
Everett I et al.*, *Respondent*, v. LEROY CHRISTIANSEN ET AL.,
*Petitioners*.

Appeal from a judgment of the Superior Court for King
County, No. 10-2-27795-1, Suzanne M. Barnett, J., entered
January 27, 2012. *Reversed* and *remanded with instructions*
by unpublished opinion per Appelwick, J., concurred in by
Leach, C.J., and Lau, J.

[No. 69168-6-I.   Division One.   March 18, 2013.]

*In the Matter of the Personal Restraint of* JOHN KIRK,
*Petitioner*.

Petition for relief from personal restraint. *Remanded* by
unpublished per curiam opinion.